IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VANESSA SHEPARD,
    Plaintiff,

v.                                              Civil No. 3:24cv917 (DJN)

UNKNOWN,
    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on January 14, 2025, the Court conditionally docketed Plaintiff's action. At that time, the Court informed Plaintiff that she must keep the Court advised of her current address. On January 30, 2025, the United States Postal Service returned the January 14, 2025 Memorandum Order to the Court marked, "Return to Sender," and "NOT AT THIS FACILITY." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Date: February 21, 2025